**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Rebecca van Doren (019379)
Email: rvandoren@CDQLaw.com
Lisa R. Papsin (034075)
Email: lpapsin@CDQLaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green, a single man, | Case No: _____ |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Arizona Board of Regents, governing body of Arizona State University, an agent of the State of Arizona; Arizona State University Dean Of Students; James Rund; O. Tafari Osayande; Becky Herbst; Lisa Hudson; Craig Allen; Melissa Samuelson; Michael Mader; John and Jane Does I-V; ABC Companies I-V; and Black and White Corporations and/or Partnerships I-V, | |
| Defendants. | |

Defendant the Arizona Board of Regents ("ABOR") removes this action, currently pending in the Superior Court of Arizona in Maricopa County, No. CV2018-096865, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support of removal, ABOR states as follows:

1. Plaintiff Matthew Green commenced this action by filing a Complaint in Maricopa County, Arizona Superior Court on October 22, 2018. ABOR was served with the Complaint on November 14, 2018.

2. The Complaint asserts claims against Defendants arising under federal law, including claims under 42 U.S.C. § 1983, Title IX, 20 U.S.C. § 1681, and the United States Constitution. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331. This Court further has supplemental jurisdiction over the non-federal claims asserted in the Complaint, which form part of the same case or controversy as the federal claims, pursuant to 28 U.S.C. § 1367.

3. This Notice of Removal is timely, having been filed within 30 days of service of the Complaint as required by 28 U.S.C. § 1446(b)(2).

4. Undersigned counsel represents ABOR as well as defendants James Rund, O. Tafari Osayande, Becky Herbst, Craig Allen, Melissa Samuelson, Lisa Hudson, and Michael Mader (collectively, the "Individual Defendants"). Dr. Rund, Mr. Osayande, Ms. Herbst Dr. Allen, and Dr. Samuelson have been served with the Complaint and consent to removal.

5. A complete copy of the most recent docket from the Superior Court action is attached as Exhibit A.

6. Copies of all pleadings and other documents filed in the Maricopa County Superior Court and/or served on ABOR are attached, as follows: Complaint (Exhibit B), Summons to ABOR (Exhibit C), Certificate of Arbitration (Exhibit D), and Affidavits of Service (Exhibit E).

7. Attached as Exhibit F is a Verification from undersigned counsel that attached Exhibits B through E are true and complete copies of all pleadings and other documents filed in the state court proceedings.

8. ABOR has filed a copy of this Notice of Removal, as required by 28 U.S.C. § 1446(d) and Rule 3.6(a) of the Rules of Practice of the United States District Court for the District of Arizona, with the Clerk of the Maricopa County Superior Court and provided a copy to Plaintiff. *See* Notice of Filing Notice of Removal, filed December 13, 2018, attached as Exhibit G.

…

…

2

1   DATED this 13th day of December, 2018.

                                          COHEN DOWD QUIGLEY
                                          The Camelback Esplanade One
                                          2425 East Camelback Road, Suite 1100
                                          Phoenix, Arizona 85016
                                              Attorneys for Defendants

                                          By:     /s/ Rebecca van Doren
                                                  Daniel G. Dowd
                                                  Rebecca van Doren
                                                  Lisa R. Papsin

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing.  I further certify that the attached document was sent via electronic mail and U.S. Mail to the following:

Dana R. Hogle, Esq.
J. Thomas Hogle, Esq.
**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, Arizona 85204
Email: PiTeam@thehoglefirm.com

By: */s/   Rebecca van Doren*



COHEN DOWD QUIGLEY