# EXHIBIT A

Skip To MainContent

Search

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2018-096865 | Judge: | Palmer, David |
| File Date: | 10/22/2018 | Location: | Southeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Matthew F Green | Plaintiff | Male | Dana Hogle |
| Arizona Board Of Regents | Defendant | | Pro Per |
| Arizona State University Dean Of Students | Defendant | | Pro Per |
| James Rund | Defendant | Male | Pro Per |
| O Tafari Osayande | Defendant | Unknown | Pro Per |
| Becky Herbst | Defendant | Female | Pro Per |
| Lisa Hudson | Defendant | Female | Pro Per |
| Craig Allen | Defendant | Male | Pro Per |
| Melissa Samuelson | Defendant | Female | Pro Per |
| Michael Mader | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 11/20/2018 | AFS - Affidavit Of Service | 11/21/2018 | |
| **NOTE:** MELISSA SAMUELSON | | | |
| 11/20/2018 | AFS - Affidavit Of Service | 11/21/2018 | |
| **NOTE:** CRAIG ALLEN | | | |
| 11/20/2018 | AFS - Affidavit Of Service | 11/21/2018 | |
| **NOTE:** BECKY HERBST | | | |
| 11/20/2018 | AFS - Affidavit Of Service | 11/21/2018 | |
| **NOTE:** O TAFARI OSAYANDE | | | |
| 11/20/2018 | AFS - Affidavit Of Service | 11/21/2018 | |
| **NOTE:** JAMES RUND | | | |
| 11/16/2018 | AFS - Affidavit Of Service | 11/20/2018 | |
| **NOTE:** ARIZONA STATE UNIVERSITY DEAN OF STUDENTS | | | |
| 11/15/2018 | SUM - Summons | 11/16/2018 | |
| 11/15/2018 | AFS - Affidavit Of Service | 11/19/2018 | |
| **NOTE:** CRAIG ALLEN | | | |
| 11/15/2018 | AFS - Affidavit Of Service | 11/19/2018 | |
| **NOTE:** ARIZONA BOARD OF REGENTS | | | |
| 10/22/2018 | COM - Complaint | 10/23/2018 | |
| 10/22/2018 | CCN - Cert Arbitration - Not Subject | 10/23/2018 | |
| 10/22/2018 | CSH - Coversheet | 10/23/2018 | |

## Case Calendar

There are no calendar events on file

## Judgments

There are no judgments on file

# EXHIBIT B

COPY

OCT 2 2 2018

C... ...SE CLERK
J COLTS
..TY CLERK

1  Dana R. Hogle, Esq. #022898
   J. Thomas Hogle, Esq., #032948
2  THE HOGLE FIRM
   1013 S. Stapley Drive
3  Mesa, AZ 85204
   Phone: (480) 247-2277
4  Facsimile: (480) 962-5553
   Email: PiTeam@thehoglefirm.com
5
   Attorney for Plaintiff
6
7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                  IN AND FOR THE COUNTY OF MARICOPA

9  MATTHEW F. GREEN, a single man,          Case No.: CV2018-096865

10             Plaintiff,                    **COMPLAINT**

11 vs.                                       (SEJD)

12 ARIZONA BOARD OF REGENTS,
   governing body of ARIZONA STATE
13 UNIVERSITY, an agent of the State of
   Arizona; ARIZONA STATE UNIVERSITY
14 DEAN OF STUDENTS; JAMES RUND; O.
   TAFARI OSAYANDE; BECKY HERBST;
15 LISA HUDSON; CRAIG ALLEN; MELISSA
16 SAMUELSON; MICHAEL MADER; JOHN
   and JANE DOES I-V; ABC COMPANIES I-
17 V; and BLACK and WHITE
   CORPORATIONS and/or PARTNERSHIPS
18 I-V,
19
20             Defendants.

21       Plaintiff, MATTHEW F. GREEN, (hereinafter "Plaintiff"), by and through his attorneys
22
   undersigned, and for his Complaint against Defendants allege as follows:
23
24                                  **I. PARTIES**

25       1.  Plaintiff, Matthew F. Green, is an Arizona resident and was a student at ASU in
26 Maricopa County, Arizona.  Plaintiff was a Graduate student, completing his degree in Master's
27 of Science in Engineering.  He was unable to complete his master's degree and continue his
28 collegiate studies at ASU due to the disciplinary proceeding at issue in this suit.  He was barred

   from ASU's campus in December 2016; expelled in December 2017; and his appeals under

                                            1

ASU's Student Disciplinary Procedures were denied.

2. ABOR is the governing body of ASU. The ABOR is a jural entity that may be sued.

3. ASU Dean of Students is a governing body over ASU students.

4. Defendant JAMES RUND is an Arizona resident, and was at all relevant times Senior Vice President of Educational Outreach and Student Services for ASU in Maricopa County, Arizona. He makes final decisions for ASU and the Board of Regents in administrative matters concerning alleged violations of the Student Code of Conduct.

5. Defendant CRAIG ALLEN is an Arizona resident, and was at all relevant times the Chair of the UHB at ASU in Maricopa County, Arizona. He, along with other UHB panel members, hears student appeals of disciplinary decisions and sanctions issued by ASU's Dean's Review Committee and makes findings of fact and formulates disciplinary recommendations for RUND.

6. Defendant O. TAFARI OSAYANDE is an Arizona resident, and was at all relevant times an Associate Dean of Students/Assistant Director Office of Student Rights and Responsibilities at ASU. He was a member of the UHB panel that heard Plaintiff's appeal of the disciplinary decisions and sanctions issued by the Dean's Review Committee and made findings of fact and formulated disciplinary recommendations for RUND.

7. Defendant BECKY HERBST is an Arizona resident, and was at all relevant times an Associate of General Counsel at ASU. She was a member of the UHB panel that heard Plaintiff's appeal of the disciplinary decisions and sanctions issued by the Dean's Review Committee and made findings of fact and formulated disciplinary recommendations for RUND.

8. Defendant LISA HUDSON is an Arizona resident, and was at all relevant times an Associate of General Counsel at ASU. She was a member of the Dean's Review Committee that issued the disciplinary decisions and sanctions on appeal before the UHB and RUND.

9. Defendant MELISSA SAMUELSON is an Arizona resident, and was at all relevant times a Clinical Assistant with the W. P. Carey School of Accountancy at ASU. She was a member of the UHB panel that heard Plaintiff's appeal of the disciplinary decisions and

sanctions issued by the Dean's Review Committee and made findings of fact and formulated disciplinary recommendations for RUND.

10. Defendant MICHAEL MADER is an Arizona resident, and was at all relevant times a Senior Associate Dean of Students ASU Polytechnic at ASU. He was a member of the UHB panel that heard Plaintiff's appeal of the disciplinary decisions and sanctions issued by the Dean's Review Committee and made findings of fact and formulated disciplinary recommendations for RUND.

## II. JURSDICTION AND VENUE

11. Plaintiff resided within the Southeast Judicial District of Maricopa County, State of Arizona, at the time of the occurrence and the events which gave rise to this action occurred within that judicial district.

12. A timely notice of claim under A.R.S. § 12-821.01 was filed and served on each defendant as required by Arizona law.

## III. STATEMEN OF FACTS

13. In handling student conduct issues, Arizona State University ("ASU" or "University") has a duty to treat its students equitably and fairly. Where the University promises to investigate and adjudicate disciplinary matters, it must do so in accordance with its own policies and procedures, and in a way that is fair to students and comports with federal and state law.

14. Here, ASU's disciplinary process went awry.

15. On or about July 31, 2017, Plaintiff received a Notice of Expulsion from the Dean of Students at Arizona State University (ASU) as a result of a complaint filed with ASU by a fellow student, Brooke Lewis, alleging a sexual assault. The alleged assault had already been investigated by police and the facts did not support a finding that any such assault had occurred, and no charges were brought against Plaintiff.

16. Plaintiff filed his notice of intent to appeal the expulsion decision and a hearing on the issue was eventually heard by the ASU Hearing Board on November 17, 2017. The complainant was present and had an opportunity to be heard, and Plaintiff was represented by counsel

undersigned.  At the conclusion of the hearing, the Board decided that there was evidence that the Code of Conduct had been violated, but that expulsion was not appropriate and instead determined that Plaintiff should be suspended for a period of two years.

17.  Subsequent to the Board's decision, Brooke Lewis contacted the Phoenix New Times and made the claim to a reporter at the publication that if a student was getting good grades at ASU, the University would allow that student to get away with "rape."  Reporters from The New Times began calling both the Hearing Board officers as well as counsel undersigned.

18.  Subsequently, Defendant James Rund, overruled the recommendation of The Hearing Board and decided to uphold the original sanction of expulsion in a letter dated December 13, 2017.

19.  The events underlying this complaint arose out of an April 1, 2017 incident, where Brooke Lewis alleged that Plaintiff had sexually assaulted her, however, charges were never filed, and no criminal prosecution was founded.  Corroborating evidence among the Plaintiff, Police, and even Ms. Lewis's roommate support Plaintiff's testimony of how the incident truly occurred.

20. Doe appealed the Senior Vice President's final decision under A.R.S. § 12-901, et seq. That action is ongoing in Maricopa County Superior Court, Doe v. Arizona Bd. of Regents, NO. LC2017-000365. Doe secured a partial stay of the expulsion sanction and was permitted to take online classes for a portion of the Spring 2018 semester. Still, Doe remains short of the credits needed for graduation—which has been delayed over 18 months—and his reputation and economic interests have been forever tarnished for the University's actions.

21. Because of ASU's unlawful and unfair conduct, Plaintiff files this action for violation of his educational and civil rights, under 42 U.S.C. § 1983 and 20 U.S.C. § 1681 (commonly known as Title IX), the Arizona Constitution, Art. 2, §§ 4, 13, and 36 and Art. 11, § 6, his rights to due process and equal protection under the U. S. and Arizona Constitutions, breach of contract, gross negligence, defamation, false light and intentional infliction of emotional distress. Plaintiff also seeks punitive damages.

## IV.  CONCLUSION

**WHEREFORE**, Plaintiff MATTHEW F. GREEN, respectfully requests that this Court grant him the following relief:

1.  Award Plaintiff compensatory damages for each claim for relief, in an amount determined at trial;

2.  Award Plaintiff punitive damages, in an amount determined at trial;

3.  Attorneys' fees, costs and interest, and interest as provided by law; and

4.  Grant such other relief as the Court deems just and equitable.

**JURY DEMAND** Plaintiff hereby demands a trial by jury on all claims so triable.

DATED this 22nd day of October, 2018.

THE HOGLE FIRM

By: _____

Dana R. Hogle, Esq.
Attorney for Plaintiff

# EXHIBIT C

PQ  11:25 AM

RECEIVED

NOV 1 4 2018

Arizona Board of Regents

1   Dana R. Hogle, Esq. #022898
    J. Thomas Hogle, Esq., #032948
2   THE HOGLE FIRM
    1013 S. Stapley Drive
3   Mesa, AZ 85204
    Phone: (480) 247-2277
4   Facsimile: (480) 962-5553
    Email: PiTeam@thehoglefirm.com
5
    Attorney for Plaintiff
6
            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
7
            IN AND FOR THE COUNTY OF MARICOPA
8
    MATTHEW F. GREEN, a single man,           Case No.:   CV2018-096865
9
                    Plaintiff,                **SUMMONS**
10
11  vs.                                        (SEJD)

12  ARIZONA BOARD OF REGENTS,
    governing body of ARIZONA STATE
13  UNIVERSITY, an agent of the State of
    Arizona; ARIZONA STATE UNIVERSITY
14  DEAN OF STUDENTS; JAMES RUND; O.
15  TAFARI OSAYANDE; BECKY HERBST;        If you would like legal advice from a lawyer,
    LISA HUDSON; CRAIG ALLEN; MELISSA        Contact the Lawyer Referral Service at
16  SAMUELSON; MICHAEL MADER; JOHN                   802-257-4434
    and JANE DOES I-V; ABC COMPANIES I-                   or
17  V; and BLACK and WHITE                      www.maricopalawyers.org
                                                   Sponsored by the
18  CORPORATIONS and/or PARTNERSHIPS        Maricopa County Bar Association
    I-V,
19
20                  Defendants.

21  **TO THE ABOVE-NAMED DEFENDANTS:**

22          You are hereby summoned and required to appear and defend in the above entitled

23  action, in the above entitled court, within TWENTY DAYS, exclusive of the day of service, after

24  service of this Summons upon you, if served within the State of Arizona, and within THIRTY

25  DAYS, exclusive of the day of service, if served without the State of Arizona, and you are

26  hereby notified that in case you fail so to do, judgment by default will be rendered against you

27  for the relief demanded in the Complaint.  Requests for reasonable accommodation for persons

28  with disabilities must be made to the division assigned to the case at least three (3) judicial days

1    in advance of a scheduled court proceeding.  Requests for an interpreter for persons with limited

2    English proficiency must be made to the office of the judge or commissioner assigned to the case

3    by parties at least ten (10) judicial days in advance of a scheduled court proceeding.

4          The name and address of the attorney for the Plaintiff

5                              THE HOGLE FIRM
                              Dana R. Hogle
6                              1013 S. Stapley Drive
                              Mesa, Arizona 85204
7

8          DONE IN OPEN COURT this _____ day of October, 2018.

9

10                              _____
                              Clerk of Superior Court
11

12                              _____
                              Deputy Clerk
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT D

1   Dana R. Hogle, Esq. #022898
    Nathan J. Hogle, Esq., #029940
2   J. Thomas, Hogle, Esq., #032948
    THE HOGLE FIRM
3   1013 S. Stapley Drive
    Mesa, AZ 85204
4   Phone: (480) 247-2277
    Facsimile: (480) 962-5553
5   Email: PiTeam@thehoglefirm.com

6   Attorney for Plaintiff

7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8                 IN AND FOR THE COUNTY OF MARICOPA

9

10  MATTHEW F. GREEN, a single man,          Case No.: CV 2018-096865

11                      Plaintiff,
                                              CERTIFICATE RE:
12  vs.                                       COMPULSORY ARBITRATION

13                                            (SEJD)
    ARIZONA BOARD OF REGENTS,
14  governing body of ARIZONA STATE
    UNIVERSITY, an agent of the State of
15  Arizona; ARIZONA STATE UNIVERSITY
    DEAN OF STUDENTS; JAMES RUND; O.
16  TAFARI OSAYANDE; BECKY HERBST;
    LISA HUDSON; CRAIG ALLEN; MELISSA
17  SAMUELSON; MICHAEL MADER; JOHN
    and JANE DOES I-V; ABC COMPANIES I-
18  V; and BLACK and WHITE
    CORPORATIONS and/or PARTNERSHIPS
19  I-V,

20                      Defendants.

21

22          The undersigned certifies that the largest award sought by the complainant, including

23  punitive damages, but excluding interest, attorney's fees, and costs does exceed limits set by

24  Local Rule for compulsory arbitration.  This case **IS NOT** subject to the Uniform Rules of

25  Procedure for Arbitration.

26          DATED this 22nd day of October, 2018.

27                                            THE HOGLE FIRM

28                                     By: _____
                                            Dana R. Hogle, Esq.
                                            Attorney for Plaintiff

1

# EXHIBIT E

**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, AZ 85204



FILED
11/20/18 2:45 pm
CHRIS DEROSE, Clerk
By B. Romew
B. Romero, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

MATTHEW F GREEN,                    )
                                    )    CASE NO: CV2018-096865
                Plaintiff,          )
                                    )
vs.                                 )    CERTIFICATE OF SERVICE BY
                                    )    A PRIVATE PROCESS SERVER
                                    )
ARIZONA BOARD OF REGENTS,           )
ET AL.,                             )    **ORIGINAL**
                Defendants.         )
_____)

Scott Poissoit, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

Summons, Complaint, Certificate re: Compulsory Arbitration

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon James Rund/ Educational Outreach & Student Services, by serving Sara Trower, who was authorized to accept, at 300 E University Dr #335, Tempe AZ 85281, on November 19, 2018 at 1:39p.m.

DATED: 11-19-18                           _____
                                          SCOTT POISSOIT

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 60.00

                                DIRECT ACCESS LEGAL SERVICES
                                550 W. BASELINE RD., SUITE 102, #200
                                MESA, AZ 85210/(480)464-8484

**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, AZ 85204



11/20/18 FILED 2:45 pm
CHRIS DEROSE, Clerk
By B. Romero
B. Romero, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

MATTHEW F GREEN,                    )
                                    )       CASE NO: CV2018-096865
                Plaintiff,          )
                                    )
vs.                                 )       CERTIFICATE OF SERVICE BY
                                    )       A PRIVATE PROCESS SERVER
                                    )
ARIZONA BOARD OF REGENTS,           )
ET AL.,                             )       **ORIGINAL**
                Defendants.         )
_____)

Scott Poissoit, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

Summons, Complaint, Certificate re: Compulsory Arbitration

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon O Tafari Osayande/ Student Rights & Responsibilities, by serving Sara Trower, who was authorized to accept, at 300 E University Dr #335, Tempe AZ 85281, on November 19, 2018 at 1:39p.m.

DATED: 11-19-18                     _____
                                    SCOTT POISSOIT

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 26.00

                                    DIRECT ACCESS LEGAL SERVICES
                                    550 W. BASELINE RD., SUITE 102, #200
                                    MESA, AZ 85210/(480)464-8484

**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, AZ 85204



FILED
11/20/18 2:45pm
CHRIS DEROSE, Clerk
By B. Romero
B. Romero, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MATTHEW F GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| ARIZONA BOARD OF REGENTS, | ) |
| ET AL., | ) |
| Defendants. | ) |
| | ) |

CASE NO: CV2018-096865

CERTIFICATE OF SERVICE BY
A PRIVATE PROCESS SERVER

**ORIGINAL**

Scott Poissoit, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

Summons, Complaint, Certificate re: Compulsory Arbitration

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon Becky Herbst/ Associate General Counsel, by serving Sara Trower, who was authorized to accept, at 300 E University Dr #335, Tempe AZ 85281, on November 19, 2018 at 1:39p.m.

DATED: 11-19-18

SCOTT POISSOIT

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 26.00

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480)464-8484

**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, AZ 85204



FILED
11/20/18 2:45pm
CHRIS DEROSE, Clerk
By B. Romero
B. Romero, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MATTHEW F GREEN, )<br><br>                    Plaintiff, )<br><br>vs. )<br><br>ARIZONA BOARD OF REGENTS, )<br>ET AL., )<br>                    Defendants. )<br>_____ ) | CASE NO: CV2018-096865<br><br>CERTIFICATE OF SERVICE BY<br>A PRIVATE PROCESS SERVER<br><br>**ORIGINAL** |

Scott Poissoit, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

Summons, Complaint, Certificate re: Compulsory Arbitration

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon Craig Allen/ Associate Dean of Barrett Honors College, by serving Sara Trower, who was authorized to accept, at 300 E University Dr #335, Tempe AZ 85281, on November 19, 2018 at 1:39p.m.

DATED: 11-19-18                                    _____
                                                   SCOTT POISSOIT

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 26.00

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480)464-8484

**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, AZ 85204

FILED
11/20/18 ∂ : 45 PM
CHRIS DEROSE, Clerk
By B. Romero
B. Romero, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

MATTHEW F GREEN,                    )
                                    )      CASE NO: CV2018-096865
              Plaintiff,            )
                                    )
vs.                                 )      CERTIFICATE OF SERVICE BY
                                    )      A PRIVATE PROCESS SERVER
                                    )
ARIZONA BOARD OF REGENTS,           )
ET AL.,                             )
                                    )      ORIGINAL
              Defendants.           )
                                    )

Scott Poissoit, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

Summons, Complaint, Certificate re: Compulsory Arbitration

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon Melissa Samuelson/ Clinical Assistant of WP Carey School of Accountancy, by serving Sara Trower, who was authorized to accept, at 300 E University Dr #335, Tempe AZ 85281, on November 19, 2018 at 1:39p.m.

DATED: 11-19-18

SCOTT POISSOIT

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 26.00

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480)464-8484

**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, AZ 85204

CHRIS DEROSE, CLERK
BY *B. Silvernail* DEP
B. SILVERNAIL, FILED

18 NOV 16 PM 2: 19

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MATTHEW F GREEN, ) | |
| ) | CASE NO: CV2018-096865 |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE BY |
| vs. ) | A PRIVATE PROCESS SERVER |
| ) | |
| ) | |
| ARIZONA BOARD OF REGENTS, ) | |
| ET AL., ) | |
| Defendants. ) | **ORIGINAL** |
| ) | |

Scott Poissoit, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

Summons, Complaint, Certificate re: Compulsory Arbitration

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon Arizona State University Dean of Students, by serving Gina Tebbe, who was authorized to accept, at 1151 S Forest Ave, Tempe AZ 85281, on November 15, 2018 at 3:36p.m.

DATED: *11-15-78*                                    _____
                                                                          SCOTT POISSOIT

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 39.75 15 x 2.65
              16.00 1 x 16.00
              10.00 doc prep
              65.75 total

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480)464-8484

**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, AZ 85204

FILED
NOV 15 2018  2:49 m
CHRIS DEROSE, Clerk
By *J. Everett*
J. Everett, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

MATTHEW F GREEN,                    )
                                    )   CASE NO: CV2018-096865
                  Plaintiff,        )
                                    )
vs.                                 )   CERTIFICATE OF SERVICE BY
                                    )   A PRIVATE PROCESS SERVER
                                    )
ARIZONA BOARD OF REGENTS,           )
ET AL.,                             )
                  Defendants.       )   **ORIGINAL**
                                    )

Rick Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

Summons, Complaint, Certificate re: Compulsory Arbitration

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon Arizona Board of Regents, by serving Phylis Auernaheimer, who was authorized to accept, at 2020 N Central Ave, Phoenix AZ 85004, on November 14, 2018 at 11:25a.m.

DATED: 11-14-18

_____
RICK SCHATTENBERG

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge:  $ 55.65 21 x 2.65
          16.00 1 x 16.00
          10.00 doc prep
          81.65 total

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480)464-8484

FILED
NOV 1 5 2018  2:50pm
CHRIS DEROSE, Clerk
By _____
J. Everett, Deputy

**THE HOGLE FIRM**
1013 S. Stapley Drive
Mesa, AZ  85204

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

MATTHEW F GREEN,              )
                              )    CASE NO: CV2018-096865
              Plaintiff,      )
                              )
vs.                           )    CERTIFICATE OF SERVICE BY
                              )    A PRIVATE PROCESS SERVER
                              )
ARIZONA BOARD OF REGENTS,     )
ET AL.,                       )
              Defendants.     )    **ORIGINAL**
_____)

Rick Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

Summons, Complaint, Certificate re: Compulsory Arbitration

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon Craig Allen/ Associate Dean of Barrett Honors College, by serving Danielle Mariscal, who was authorized to accept, at 411 N Central #162, Phoenix AZ 85004, on November 14, 2018 at 11:40a.m.

DATED: 11-14-18

RICK SCHATTENBERG

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge:  $ 53.00 20 x 2.65
         16.00 1 x 16.00
         10.00 doc prep
         79.00 total

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480)464-8484

# EXHIBIT F

## VERIFICATION

I, Daniel G. Dowd, declare under penalty of perjury that the following is true and correct.

1.      I am a partner in the law firm Cohen Dowd Quigley P.C., and have been admitted to practice law in the State of Arizona since 1988.  I am one of the attorneys for Defendants the Arizona Board of Regents, James Rund, O. Tafari Osayande, Becky Herbst, Craig Allen, Melissa Samuelson, Lisa Hudson, and Michael Mader in connection with the litigation captioned *Matthew Green v. Arizona Board of Regents et al*, which is currently pending in the Superior Court of Arizona in Maricopa County, Case No. CV2018-096865 (the "Litigation").  I am competent to testify to the matters contained in this Verification.

2.      The pleadings and other documents previously filed in the Litigation and attached as Exhibits B through E to Defendants' Notice of Removal are true and complete copies of all pleadings and other documents filed in the Litigation.

EXECUTED this ___ day of December, 2018.

_____

DANIEL G. DOWD

# EXHIBIT G

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Rebecca van Doren (019379)
Email: rvandoren@CDQLaw.com
Lisa R. Papsin (034075)
Email: lpapsin@CDQLaw.com
  Attorneys for Defendants

**ARIZONA SUPERIOR COURT**

**COUNTY OF MARICOPA**

| | |
|---|---|
| Matthew F. Green, a single man,<br><br>                    Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents, governing body of Arizona State University, an agent of the State of Arizona; Arizona State University Dean Of Students; James Rund; O. Tafari Osayande; Becky Herbst; Lisa Hudson; Craig Allen; Melissa Samuelson; Michael Mader; John and Jane Does I-V; ABC Companies I-V; and Black and White Corporations and/or Partnerships I-V,<br><br>                    Defendants. | Case No:  CV2018-096865<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>**(Assigned to the Honorable David Palmer)** |

Defendant the Arizona Board of Regents ("ABOR") gives notice to the Clerk of the Maricopa County Superior Court and to Plaintiff Matthew Green that ABOR is removing this action to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, as the Complaint asserts claims arising under federal law. A copy of ABOR's Notice of Removal is attached. The filing of this Notice of Filing Notice of Removal effectuates the removal. *See* 28 U.S.C. § 1446(d).

…

1    DATED this 13th day of December, 2018.

2                                          COHEN DOWD QUIGLEY
                                           The Camelback Esplanade One
3                                          2425 East Camelback Road, Suite 1100
                                           Phoenix, Arizona 85016
4                                              Attorneys for Defendants

5                                    By:      /s/  Rebecca van Doren
6                                             Daniel G. Dowd
                                              Rebecca van Doren
7                                             Lisa R. Papsin

8

9    The foregoing was electronically
     FILED with the Clerk of Court this
10   13th day of December, 2018 and copy
11   sent via E-filing System to:

12   The Honorable David Palmer
13   **MARICOPA COUNTY SUPERIOR COURT**
     222 East Javelina Avenue #206
14   Mesa, Arizona 85210

15

16   And a COPY sent via electronic and
17   U.S. mail this 13th day of December, 2018 to:

18   Dana R. Hogle, Esq.
     J. Thomas Hogle, Esq.
19   **THE HOGLE FIRM**
20   1013 S. Stapley Drive
     Mesa, Arizona 85204
21   Email: PiTeam@thehoglefirm.com

22

23   /s/ Jennifer Wootten

24

25

26

27

28

2