1  Dana R. Hogle, Esq., #022898
   Nathan J. Hogle, Esq., #029940
2  J. Thomas, Hogle, Esq., #032948
   THE HOGLE FIRM
3  1013 S. Stapley Drive
   Mesa, AZ 85204
4  Phone: (480) 247-2277
   Facsimile: (480) 962-5553
5  Email: PiTeam@thehoglefirm.com
   Attorneys for Plaintiff
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents, et al.,<br><br>Defendants. | Case No.: 2:18-cv-04665-SMB<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO SERVE DEFENDANTS LISA HUDSON AND MICHAEL MADER BY ALTERNATIVE MEANS**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Plaintiff respectfully withdraws his Motion FOR LEAVE TO SERVE DEFENDANTS LISA HUDSON AND MICHAEL MADER BY ALTERNATIVE MEANS.  Said Defendants have agreed to Accept service via their counsel, which is heretofore attached as Exhibit 1

RESPECTFULLY SUBMITTED this 8th day of March, 2019.

THE HOGLE FIRM

By: /s/ Dana R. Hogle
    Dana R. Hogle
    Nathan J. Hogle
    J. Thomas Hogle

# CERTIFICATE OF SERVICE

I certify that on March 8, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants:

**COHEN DOWD QUIGLEY**
The Camelback Esplande One
2425 East Camelback Road, Suite 1100
Phoenix AZ 85016
Daniel G. Dowd, Esq.
ddowd@cdqlaw.com
Rebecca van Doren, Esq.
rvandoren@cdqlaw.com
Lisa R. Papsin, Esq.
lpapsin@cdqlaw.com
Attorneys for Defendants

 /s/ Christopher V. Stapley