# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>    Defendants. | No. CV-18-04665-PHX-SMB<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to Serve Defendants Lisa Hudson and Michael Mader by Alternative Means (Doc. 21) and Defendants' Lisa Hudson and Michael Mader's Motion to Dismiss Plaintiff's Complaint for Lack of Service (Doc. 18). In Defendants' Response to the Motion for Leave to Serve by Alternative Means, Defendants have withdrawn their Motion to Dismiss. Plaintiff has since moved to withdraw their Motion for Leave to Serve Defendants Lisa Hudson and Michael Mader by Alternative Means. (Doc. 27)

**IT IS ORDERED** granting Plaintiff's Motion to Withdraw (Doc. 27) and deeming the Motion for Leave to Serve Defendants by Alternative Means (Doc. 21) and Defendants' Motion to Dismiss for Lack of Service (Doc. 18) withdrawn and no action will be taken on the two motions.

Dated this 18th day of March, 2019.

*[signature]*
Honorable Susan M. Brnovich
United States District Judge