IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents, et al.,<br><br>　　　　Defendants. | No.  CV-18-04665-PHX-SPL<br><br>**ORDER** |

　　　This matter having been reassigned,

　　　**IT IS ORDERED** that the Trial Setting Conference presently set for May 15, 2020 at 8:45 a.m. is **vacated**.

　　　Dated this 25th day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge