1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8    Matthew F. Green,                )    No.  CV-18-04665-PHX-SPL
9                                      )
                                       )
                Plaintiff,             )
10                                     )    **ORDER**
     vs.                               )
11                                     )
                                       )
12   Arizona Board of Regents, et al., )
                                       )
13              Defendants.            )
                                       )
14   ─────────────────────────────    )

15         Before the Court is the parties' Stipulation to Amend (Doc. 40), in which the parties

16   request an extension of the good faith settlement talks deadline.  Finding good cause

17   appearing, and that the requested extension would not otherwise delay this action, the

18   stipulation will be granted.  Accordingly,

19         **IT IS ORDERED** that the Stipulation to Amend (Doc. 40) is **granted**.

20         **IT IS FURTHER ORDERED** that the good faith settlement talk deadline shall be

21   extended to **August 2, 2019**.

22         Dated this 20th day of May, 2019.

23

24
                                            _____
25                                          Honorable Steven P. Logan
                                            United States District Judge
26

27

28