IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green,<br><br>         Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents, et al.,<br><br>         Defendants. | No.  CV-18-04665-PHX-SPL<br><br>**ORDER** |

   On July 19, 2019, Defendants filed a Motion to Suspend the Deadlines in the Case Management Order (Doc. 53), seeking to postpone the deadlines until the Court issued a ruling on the pending Motion to Dismiss (Doc. 6) and Motion to Amend (Doc. 43).  The Court granted the Motion to Amend and denied the Motion to Dismiss as moot in a July 22, 2019 Order (Doc. 54).

   Because a ruling as been issued, the Court will not suspend the case management deadlines.  However, because the August 2, 2019 deadline to engage in good faith settlement talks is now approaching, the Court will extend that deadline to allow the parties to engage in meaningful settlement discussions.  To the extent the parties which to extend the remaining case management deadlines, they may file a motion to extend with the proposed dates.  Accordingly,

///

///

///

**IT IS ORDERED** that the Motion to Suspend Deadlines in the Case Management Order (Doc. 53) is **granted as modified**.  The good faith settlement deadline shall be extended to **August 30, 2019**.

Dated this 24th day of July, 2019.

Honorable Steven P. Logan
United States District Judge