**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
Lisa R. Papsin (034075)
Email:  lpapsin@CDQLaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green,<br><br>               Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Melissa Samuelson; Becky Herbst; Lisa Hudson; Michael Mader; John and Jane Does I-V; ABC Companies I-V; and Black and White Corporations and/or Partnerships I-V.<br><br>               Defendants. | Case No:  2:18-cv-04665-SPL<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>(Assigned to the Honorable Steven P. Logan) |

Pursuant to the Court's January 31, 2019 Case Management Order (Doc. 19), as amended on May 1, 2019 (Doc. 37) and July 24, 2019 (Doc. 56), Defendants and their counsel met with counsel for Plaintiff on August 29, 2019 to discuss the possibility of resolving this dispute.  Although discussions were held in good faith, no settlement was reached.  The parties agreed to keep the lines of communication open for further settlement discussions as the litigation progresses.

At this time, the parties do not believe that assistance from the Court would facilitate settlement. The parties will immediately notify the Court if they require Court assistance or if they are able to reach a settlement.

RESPECTFULLY SUBMITTED this 6th day of September, 2019.

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
   Attorneys for Defendants

By:    */s/ Rebecca van Doren*
       Daniel G. Dowd
       Rebecca van Doren
       Lisa R. Papsin

THE HOGLE FIRM
1013 S. Stapley Drive
Mesa, Arizona 85204
   Attorneys for Plaintiff

By:    */s/ Dana R. Hogle (with permission)*
       Dana R. Hogle
       Nathan J. Hogle
       J. Thomas Hogle