IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green,<br><br>           Plaintiff,<br>vs.<br><br>Arizona Board of Regents, et al.,<br><br>           Defendants. | No. CV-18-04665-PHX-SPL<br><br>**ORDER** |

Having considered Plaintiff's unopposed Motion for Leave (Doc. 61; *see also* Doc. 59) in which he requests permission to file a Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure,

**IT IS ORDERED:**

1. That Plaintiff's Motion for Leave (Doc. 61) is **granted**;

2. That Plaintiff shall file a clean copy of the Second Amended Complaint with the Clerk of Court no later than **September 11, 2019**; and

3. That Defendants shall have **fourteen (14) days** from the date of service of the Second Amended Complaint to file an answer or otherwise respond in accordance with Rule 12 of the Federal Rules of Civil Procedure.

Dated this 6th day of September, 2019.

Honorable Steven P. Logan
United States District Judge