IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green,<br><br>          Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents, et al.,<br><br>          Defendants. | No.  CV-18-04665-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Notice of Filing of Plaintiff's Second Amended Complaint (Doc. 64), in which Plaintiff seeks to correct a typo in the complaint's heading. The Court will grant Plaintiff leave to file the amended complaint, and again instruct Plaintiff to file a *separate, clean copy* of the Second Amended Complaint with the Clerk of Court.[1]  Accordingly,

**IT IS ORDERED** that the Notice of Filing (Doc. 64) is **granted**.

///

///

///

///

///

---

[1] Pursuant to the Court's Electronic Case Filing Administrative Policies and Procedures Manual, "[i]f the motion to amend is granted, the party seeking the amendment must file the amended pleading with the court and serve it on the other parties. It will not automatically be filed by the Clerk's Office."

1     **IT IS FURTHER ORDERED** that Plaintiff shall file a *separate* clean copy of the
2 Second Amended Complaint with the Clerk of Court no later than **September 18, 2019**.
3     Dated this 13th day of September, 2019.

                                          Honorable Steven P. Logan
                                          United States District Judge