COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
Lisa R. Papsin (034075)
Email:  lpapsin@CDQLaw.com
    Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Matthew F. Green, | Case No:  2:18-cv-04665-SPL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISSAL OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND INJUNCTIVE RELIEF CLAIMS** |
| The Arizona Board of Regents; the Arizona State University Dean of Students; James Rund; Craig Allen; O. Tafari Osayande; Melissa Samuelson; Becky Herbst; Lisa Hudson; Michael Mader; John and Jane Does I-V; ABC Companies I-V; and Black and White Corporations and/or Partnerships I-V. | (Assigned to the Honorable Steven P. Logan) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of Plaintiff Matthew Green's claims for intentional infliction of emotional distress ("IIED") (Count IV of the Second Amended Complaint ("SAC")) and Plaintiff's separate claim for injunctive relief (Count VIII of the SAC).  The dismissal of the IIED claim is with prejudice.

RESPECTFULLY SUBMITTED this 1st day of October, 2019.

        **COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
    Attorneys for Defendants

By:    /s/ *Rebecca van Doren*
        Daniel G. Dowd
        Rebecca van Doren
        Lisa R. Papsin


THE HOGLE FIRM
1013 S. Stapley Drive
Mesa, Arizona 85204
    Attorneys for Plaintiff

By:    /s/ *Dana R. Hogle (with permission)*
        Dana R. Hogle
        Nathan J. Hogle
        J. Thomas Hogle