IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew F. Green,<br><br>           Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents, et al.,<br><br>           Defendants. | No.  CV-18-04665-PHX-SPL<br><br>**ORDER** |

Having reviewed the parties' stipulation,

**IT IS ORDERED** that the Stipulation to Dismiss Allegations/Claims (Doc. 70) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for intentional infliction of emotional distress (Count VI of the Second Amended Complaint) is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's separate claim for injunctive relief (Count VIII of the Second Amended Complaint) is **dismissed without prejudice**.

Dated this 8th day of October, 2019.

                                                  Honorable Steven P. Logan
                                                  United States District Judge